IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BUDGET RENT-A-CAR CORPORATION,

    Plaintiff

vs.   CIVIL NO. 98-1774 (JP)

PUERTO RICO-AMERICAN INSURANCE
COMPANY, CENTRO AUTOMOTRIZ
DE MAYAGUEZ,

    Defendants

## JUDGMENT

Pursuant to the parties' Stipulation of Dismissal With Prejudice (**docket No. 21**), which is hereby **GRANTED** and made part of this Judgment, and Federal Rule of Civil Procedure 41(a)(1), it is hereby **ORDERED, ADJUDGED and DECREED** that the above-captioned Complaint be **DISMISSED WITH PREJUDICE** and without the imposition of costs and attorneys' fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 31st day of August, 1999.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

AO 72A
(Rev 8/82)

RECD   TO JUDGE
SEP - 3 1999
BY